UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

**CIVIL MINUTES – GENERAL**

| Case No. | 8:26-cv-00089-FWS-DFM | Date | March 25, 2026 |
|---|---|---|---|
| Title | Pat Suarez v. Anabel Correa Godoy et al | | |

PRESENT:

**HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Rolls Royce Paschal | Not Reported |
|---|---|
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                              None Present

**PROCEEDINGS:    (IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF SETTLEMENT**

---

The court, having been advised by a Notice of Settlement [16] that this action settled, hereby orders this action dismissed without prejudice.  The court hereby orders all proceedings in the case vacated and taken off calendar.

The court retains jurisdiction for **30 days** to vacate this order and to reopen the action upon a showing of good cause that the settlement has not been completed.  This order shall not prejudice any party in this action.

Any pending Order to Show Cause is hereby discharged.

                                                                              -      :  _____  -

                                          Initials of Deputy Clerk    rrp

CC: